UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

JORGE CRUZ JORGE

    V.                              CASE NUMBER: CIVIL 98-1277 (RLA)

PEDRO TOLEDO DAVILA, et al.

## ORDER

| MOTION | RULING |
|---|---|
| Date Filed: 9/3/99   Docket # 33<br>[ ] Plffs    [X] Defts<br>[ ] Other<br><br>Title: Motion For Consignment Under Rule 67 | NOTED. Plaintiff shall request withdrawal of the funds forthwith. |

September 7, 1999           RAYMOND L. ACOSTA
Date                          U.S. District Judge

| Rec'd: | EOD: |
|---|---|
| By: | #34 |

