UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
1999 SEP 20 AM 7:18

CLERK'S OFFICE
U S DISTRICT COURT
SAN JUAN PR

JORGE CRUZ JORGE

V.                                  CASE NUMBER: CIVIL 98-1277 (RLA)

PEDRO TOLEDO DAVILA, et al.

O R D E R

| MOTION | RULING |
|---|---|
| Date Filed: 9/9/99   Docket # 35<br>[X] Plffs   [ ] Defts<br>[ ] Other<br><br>Title: (Untitled Motion) | GRANTED. The Clerk of the Court shall issue a check in the amount of $5,000.00, plus interest less applicable registry fees, payable to JORGE CRUZ JORGE and JOSSIE YUNQUE LOPEZ, and mail same to attorney Yunque at her address of record. |

September 17, 1999
Date

RAYMOND L. ACOSTA
U.S. District Judge

Rec'd:        EOD:

By:           #36